IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01733-RPM-MJW

LEHMAN BROTHERS HOLDINGS, INC.,

Plaintiff,

v.

CRESTLINE FUNDING CORPORATION,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that plaintiff's Unopposed Joint Motion to Vacate and Reset August 26, 2013 Scheduling Conference and for Second Extension of Time for Crestline Funding Corporation to Answer or Otherwise Respond to Plaintiff's Complaint (Docket No. 16) is GRANTED.  The Scheduling Conference set for August 26, 2013 at 2:00 p.m. is VACATED.  The Scheduling Conference is RESET for September 24, 2013 at 10:00 a.m.

    It is FURTHER ORDERED that defendant shall have up to and including September 3, 2013 to answer or otherwise respond to plaintiff's complaint.

Date: August 20, 2013