IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01733-RPM-MJW

LEHMAN BROTHERS HOLDINGS, INC.,

Plaintiff,

v.

CRESTLINE FUNDING CORPORATION,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint and Unopposed Motion for Second Amendment to Scheduling Order Regarding Deadlines to Designate Experts (Docket No. 33) is GRANTED. The Scheduling Order (Docket No. 25) is amended to extend the Expert Designation Deadline to April 4, 2014 and the Rebuttal Expert Designation Deadline to April 25, 2014.

Date: March 21, 2014