IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01733-RPM-MJW

LEHMAN BROTHERS HOLDINGS, INC.,

Plaintiff,

v.

CRESTLINE FUNDING CORPORATION,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint and Unopposed Motion for Amendment to Scheduling Order Regarding Discovery Cut-Off (Docket No. 37) is GRANTED.  The Scheduling Order (Docket No. 25) is amended is extend the written discovery deadline to April 3, 2014 and the discovery cut-off to May 7, 2014.

Date: March 28, 2014