# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01733-RPM-MJW

LEHMAN BROTHERS HOLDINGS INC.,

    Plaintiff,

v.

CRESTLINE FUNDING CORPORATION,

    Defendant.

_____

## ORDER DISMISSING CASE WITH PREJUDICE
_____

Pursuant to the Stipulation for Dismissal with Prejudice, filed May 9, 2014 [40], it is

ORDERED that this civil action is dismissed with prejudice and each party shall bear its own fees and costs incurred in connection with this action, including but not limited to all attorneys' fees and expenses.

DATED: May 9th , 2014

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____

                                        Richard P. Matsch, Senior District Judge